IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS NASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1170 |
| | ) | |
| COUNTY OF WILL, PAUL J. KAUPAS, officially | ) | Judge Charles P. Kocoras |
| and as Sheriff of Will County, OFFICER PAYNE, | ) | |
| OFFICER JOHNSON and OFFICER JONES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Gregory E. Kulis
Ronak Patel
Gregory E. Kulis &Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on June 13, 2008, the undersigned filed Defendants' **Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman                               s/ Martin W. McManaman
LOWIS & GELLEN LLP                                One of the attorneys for Defendants
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced pleading to be served upon the above listed counsel of record via the Court's Electronic Case Filing system on June 13, 2008.

s/ Jessica Jo Chiochanyont