UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS NASH, ) | |
| ) | Case No. 08 C 1170 |
| Plaintiff, ) | |
| ) | Judge Kocoras |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| COUNTY OF WILL, PAUL J. ) | |
| KAUPUS, officially and as Sheriff of Will ) | Jury Demand |
| County, OFFICER PAYNE, OFFICER ) | |
| JOHNSON, and OFFICER JONES ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE HIS MONELL CLAIM

NOW COMES the Plaintiff, DOUGLAS NASH, by and through his attorneys, Gregory E. Kulis & Associates, and asks this Honorable Court to grant his motion to voluntarily dismiss with prejudice Plaintiff's *Monell* claim. In support of his request, Plaintiff states as follows:

1. On April 23, 2008, Plaintiff filed his Second Amended Complaint against Defendants.

2. Count III of Plaintiffs' Second Amended Complaint included a *Monell* claim against the County of Will and Sheriff Kaupus, individually and in his official capacity.

3. After further consideration, Plaintiff moves to voluntarily dismiss with prejudice his *Monell* claim, Count III of his Second Amended Complaint.

WHEREFORE, Plaintiff ROBERT DARIN respectfully requests this Honorable Court to enter an order granting him leave to voluntarily dismiss with prejudice Plaintiff's *Monell* claim, and for such other relief the Court deems appropriate.

1

        Respectfully submitted,
        DOUGLAS NASH


BY:   /s/ Ronak Patel
       Gregory E. Kulis & Associates


GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830

2