# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Douglas Nash
                    Plaintiff,

v.                                      Case No.: 1:08−cv−01170
                                            Honorable Charles P. Kocoras

County of Will, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:By telephone, plaintiff withdraws his motion [18] to voluntarily dismiss with prejudice his Monell claim. Hearing on said motion, set for 8/13/2008, is stricken as moot. Telephone notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.