UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS NASH, | ) | |
| Plaintiff, | ) ) ) | Case No. 08 C 1170 |
| v. | ) ) ) | Judge Kocoras |
| COUNTY OF WILL, PAUL J. KAUPUS, officially and as Sheriff of Will County, OFFICER PAYNE, OFFICER JOHNSON, and OFFICER JONES | ) ) ) ) ) ) | Magistrate Judge Schenkier<br><br>Jury Demand |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE**

To:   Martin McNanaman
      Lowis & Gellan, LLP
      200 West Adams, Suite 1900
      Chicago, Illinois 60606

I, Veronica P. Smith, a non-attorney, certify that on this 232rd day of April, 2008, I caused the following documents to be served upon the named attorneys, at the aforementioned addresses by depositing the same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois, with proper postage prepaid before the hour of 5:00 p.m:

1. Plaintiff's Rule 26(a)(1) Disclosures;
2. Plaintiff's First Set of Request for Production of Documents Directed to Defendants; and
3. Plaintiff's First Set of Interrogatories Directed to Defendants.

_____
Gregory E. Kulis and Associates, Ltd.

GREGORY E. KULIS & ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830

S:\Federal Cases\Nash v. Will County\Discovery\cert of srvc.doc

**PLAINTIFF'S EXHIBIT**