LAW OFFICES OF
# GREGORY E. KULIS AND ASSOCIATES, LTD.
30 NORTH LASALLE STREET, SUITE 2140
CHICAGO, ILLINOIS 60602-3368

GREGORY E. KULIS
KATHLEEN COYNE ROPKA
SHEHNAZ I. MANSURI
DAVID S. LIPSCHULTZ
RONAK D. PATEL

TEL: (312) 580-1830
FAX: (312) 580-1839
www.kulis-law.com

OF COUNSEL
GEORGE G. LEYNAUD
REBECCA M. LEYNAUD

LASALLE COUNTY OF COUNSEL OFFICE
1200 38TH STREET
PERU, ILLINOIS 61354
(815) 224-4700

June 24, 2008

**Via First Class Mail**
Martin McManaman
Lowis & Gellen, LLP
200 West Adams, Suite 1900
Chicago, Illinois 60606

Re: Douglas Nash v. County of Will, et. al.
Case No.: 08-C-1170

Dear Mr. McManaman:

As I stated in my voice mail message today, I am writing to check up on Defendants written discovery responses. Our requests were served on Defendants on April 23rd and we have not yet received discovery. As I also stated in my message, the depositions of Defendants noticed up by our office for the beginning of July are being canceled due to the fact that written discovery is still outstanding. Please tender written discovery responses to our office by the close of business July 7, 2008.

If you have any questions, please contact our office.

Respectfully yours,

Ronak Patel


PLAINTIFF'S EXHIBIT