LAW OFFICES OF
# GREGORY E. KULIS AND ASSOCIATES, LTD.

GREGORY E. KULIS
KATHLEEN COYNE ROPKA
SHEHNAZ I. MANSURI
DAVID S. LIPSCHULTZ
RONAK D. PATEL

30 NORTH LASALLE STREET, SUITE 2140
CHICAGO, ILLINOIS 60602-3368
—
TEL. (312) 580-1830
FAX: (312) 580-1839
www.kulis-law.com

OF COUNSEL
GEORGE G. LEYNAUD
REBECCA M. LEYNAUD
—
LASALLE COUNTY OF COUNSEL OFFICE
1200 38TH STREET
PERU, ILLINOIS 61354
(815) 224-4700

July 8, 2008

<u>Via Facsimile 312-364-1003</u>
Martin McManaman
Lowis & Gellen, LLP
200 West Adams, Suite 1900
Chicago, Illinois 60606

Re: Douglas Nash v. County of Will, et. al.
Case No.: 08-C-1170

Dear Mr. McManaman:

I am writing to confirm our phone conversation earlier today in which it was agreed that you would tender to our office Defendant's Rule 26(a)(1) disclosures by the end of this week, and Defendant's answers to Plaintiff's interrogatories and production request within 14 days, by the close of business on July 22, 2008. As we discussed, discovery is set to close on November 18, 2008, and it is anticipated that discovery may be quite extensive. Please make certain that you have your responses to us by July 22, 2008 in order to avoid further delay.

If you have any questions, please do not hesitate to contact me.

Respectfully yours,

Ronak Patel
Ronak Patel

PLAINTIFF'S EXHIBIT
III

TRANSMISSION VERIFICATION REPORT

```
                                    TIME    : 07/08/2008 15:30
                                    NAME    :
                                    FAX     :
                                    TEL     :
                                    SER.#   : BROF3J493369
```

```
DATE,TIME           07/08  15:30
FAX NO./NAME        93641003
DURATION            00:00:39
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```