UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS NASH,** | ) | |
| | ) | Case No. 08 C 1170 |
| **Plaintiff,** | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| **COUNTY OF WILL, PAUL J.** | ) | |
| **KAUPUS, officially and as Sheriff of Will** | ) | Jury Demand |
| **County, OFFICER PAYNE, OFFICER** | ) | |
| **JOHNSON, and OFFICER JONES** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

To: Martin McNanaman
Patrick R. Moran
Lowis & Gellen, LLP
200 West Adams, Suite 1900
Chicago, IL 60606

PLEASE TAKE NOTICE that on this 21st day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S EXHIBITS 9-13 OF PLAINTIFF'S MOTION TO COMPEL.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of August 2008, I, RONAK D. PATEL, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Nash v. Will County\Pleadings\NOF.doc