## Ronak Patel

**From:** Ronak Patel
**Sent:** Monday, August 18, 2008 11:41 AM
**To:** 'Marty McManaman'
**Subject:** Nash--discovery issues

Hey Marty,

I forgot to include this in my earlier email, but I wanted to check in with you regarding your position on my letter dated August 11, 2008 regarding various discovery issues. I would like to resolve these issues prior to taking the deps of the defendants, so please let me know whether you plan on complying with the requests in my letter or whether we're looking at a motion to compel. Thanks.

**From:** Ronak Patel
**Sent:** Monday, August 18, 2008 11:39 AM
**To:** 'Marty McManaman'
**Subject:** Nash--dep dates for defendants

Hey Marty,

As I stated in my voice mail message this morning, the dates I was considering are as follows:

Mon, Sept.8 at 10 am--Jones
Thurs, Sept. 11 at 10 am--Payne
Wed, Sept. 17 at 11 am--Johnson

Please let me know asap whether these dates work for you and your clients.

Thanks,
Ronak

**From:** Ronak Patel
**Sent:** Thursday, August 07, 2008 8:38 AM
**To:** 'Marty McManaman'
**Subject:** RE: Nash

Marty,

We may have a trial going forward on September 9. I won't know whether this trial is going until August 18. I anticipate that the date will be continued, but let me check back in with you on the 18th. If the date is continued, we may be able to do deps on the 8th, 10th, and 11th.

Thanks.

**From:** Marty McManaman [mailto:mmcmanaman@lowis-gellen.com]
**Sent:** Wednesday, August 06, 2008 5:48 PM
**To:** Ronak Patel
**Cc:** Patrick Moran
**Subject:** RE: Nash



PLAINTIFF'S
EXHIBIT
X

8/21/2008