# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS NASH, | ) | |
| | ) | Case No. 08 C 1170 |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| COUNTY OF WILL, PAUL J. | ) | |
| KAUPUS, officially and as Sheriff of Will | ) | Jury Demand |
| County, OFFICER PAYNE, OFFICER | ) | |
| JOHNSON, and OFFICER JONES | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSTION

To:    Martin McNanaman
       Lowis & Gellan, LLP
       200 West Adams, Suite 1900
       Chicago, Illinois 60606

YOU ARE HEREBY NOTIFIED that pursuant to the Rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the Notices of Written Depositions of the following person(s) will be taken and received in and for the County of Cook and State of Illinois at 30 North LaSalle Street, Suite 2140, Chicago, Illinois on the date(s) indicated below:

| DEPOSITION | DATE | TIME |
|---|---|---|
| Paul J. Kaupus | July 7, 2008 | 10:00 a.m. |
| Officer Payne | July 7, 2008 | 1:00 p.m. |
| Officer Johnson | July 9, 2008 | 10:00 a.m. |
| Officer Jones | July 9, 2008 | 1:00 p.m. |

YOU ARE HEREBY FURTHER NOTIFIED pursuant to the Rules made and provided that you are, by this notice, required to have present on the date, at the time and place aforesaid, said deponent for oral examination.  The deponents are requested to send in their written deposition, any and all documents, statements, reports, notes or other information regarding the subject of the lawsuit.



PLAINTIFF'S EXHIBIT
XII

## CERTIFICATE OF SERVICE

I, Veronica P. Smith, a non-attorney, certify that on this 23rd day of April, 2008, I served a copy of the above mentioned Notice of Deposition upon the above named attorney(s) at the aforementioned address(es) by deposing the same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois, with proper postage prepaid before the hour of 5:00 p.m.

Veronica P. Smith
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 580-1830