## Ronak Patel

**From:** Ronak Patel
**Sent:** Monday, August 18, 2008 11:39 AM
**To:** 'Marty McManaman'
**Subject:** Nash--dep dates for defendants

Hey Marty,

As I stated in my voice mail message this morning, the dates I was considering are as follows:

Mon, Sept. 8 at 10 am--Jones
Thurs, Sept. 11 at 10 am--Payne
Wed, Sept. 17 at 11 am--Johnson

Please let me know asap whether these dates work for you and your clients.

Thanks,
Ronak

---

**From:** Ronak Patel
**Sent:** Thursday, August 07, 2008 8:38 AM
**To:** 'Marty McManaman'
**Subject:** RE: Nash

Marty,

We may have a trial going forward on September 9. I won't know whether this trial is going until August 18. I anticipate that the date will be continued, but let me check back in with you on the 18th. If the date is continued, we may be able to do deps on the 8th, 10th, and 11th.

Thanks.

---

**From:** Marty McManaman [mailto:mmcmanaman@lowis-gellen.com]
**Sent:** Wednesday, August 06, 2008 5:48 PM
**To:** Ronak Patel
**Cc:** Patrick Moran
**Subject:** RE: Nash

Ronak,

I spoke with Pat and he is not available on the 19th or the 25th. Apparently we are facing an end of Aug deadline in the Darin case. What is your availability during the week of Sept 8 for the officers in this case?

Thanks,
Marty

Confidentiality Notice:

8/21/2008


PLAINTIFF'S EXHIBIT XIII