UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS NASH, | ) | |
| | ) | Case No. 08 C 1170 |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| COUNTY OF WILL, PAUL J. | ) | |
| KAUPUS, officially and as Sheriff of Will | ) | Jury Demand |
| County, OFFICER PAYNE, OFFICER | ) | |
| JOHNSON, and OFFICER JONES | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED NOTICE OF MOTION**

To:   Martin McNanaman
       Patrick R. Moran
       Lowis & Gellen, LLP
       200 West Adams, Suite 1900
       Chicago, IL 60606

Please take notice that I shall appear on the 11th day of September, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, before the Honorable Judge Kocoras, and then and there present **PLAINTIFF'S MOTION TO COMPEL**, a copy of which is attached hereto.

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 21st day of August, 2008, I, Ronak D. Patel, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.

S:\Federal Cases\Nash v. Will County\Pleadings\NOM.doc